IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANCHESTER, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:08-CV-1604-O |
| v. | § | |
| | § | |
| RAY LYLE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES BANKRUPTCY JUDGE**

On September 11, 2008, Defendants Ray and Victoria Lyle filed their Motions to Withdraw the Reference to the Bankruptcy Court, to Withdraw Their Proofs of Claim, and to Dismiss or Transfer this Proceeding. Doc. # 2. On October 3, 2008, this Court referred Defendants' Motion to Chief Judge Houser of the United States Bankruptcy Court for the Northern District of Texas. Doc. # 3. On December 22, 2008, the Chief United State Bankruptcy Judge filed a Report and Recommendation (Doc. # 4) recommending that the withdrawal of the reference of the Adversary Proceeding not be permitted. The Recommendation further provided that, in the event that the District Court reached the same conclusion with respect to the motion to withdrawal of reference, then the Bankruptcy Court will proceed to determine the motion to dismiss or transfer. Doc. # 4, at 22.

After reviewing all relevant matters of record in this case, including the Findings and Recommendation of the Chief United States Bankruptcy Judge and finding no objections thereto, the undersigned District Judge is of the opinion that the Report and Recommendation of the Chief United States Bankruptcy Judge is correct and it is accepted as the Findings and Conclusions of the Court. Accordingly, with respect to the issue of withdrawal o f reference of the Adversary Proceeding, it is ORDERED that it not be withdrawn.

SO ORDERED this 24th day of April, 2009.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**